William E. Walls, Licking, MO appellant pro se.

Terrence M. Messonnier, Jefferson City, MO for respondent.

Before Division One: Lisa White Hardwick, Presiding Judge, Victor C. Howard and Gary D. Witt, Judges

**ORDER**

Per Curiam

William Walls appeals the judgment in favor of the Missouri Board of Probation and Parole ("Board") on his petition for relief, under Rule 74.06(b)(5), from a prior declaratory judgment, which denied Walls's claims that his parole eligibility was incorrectly calculated. After a thorough review of the record, we find no error and affirm the judgment. A formal published opinion would serve no jurisprudential purpose; however, a Memorandum explaining the reasons for our decision has been provided to the parties. Rule 84.16(b).

STATE of Missouri, Appellant,

v.

**Joseph L. RUPPEL, Respondent.**

WD 78592

Missouri Court of Appeals, Western District.

ORDER FILED: January 26, 2016

Steven Kretzer, Jefferson City, MO, Counsel for Appellant.

Rachel Flaster, Jefferson City, MO, Co-Counsel for Appellant.

Christopher Hayes, Jefferson City, MO, Counsel for Respondent.

Before Division Four: Alok Ahuja, Chief Judge Presiding, Joseph M. Ellis, and Thomas H. Newton, JJ.

**ORDER**

Per Curiam:

The State of Missouri appeals the order granting Mr. Joseph Ruppel's motion to suppress.

For reasons stated in the memorandum provided to the parties, the judgment of the trial court is affirmed in accordance with Rule 30.25(b).

**Clifford E. PORTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

WD 77422

Missouri Court of Appeals, Western District.

Opinion filed: January 26, 2016